FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 30 AM 11: 21

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

AVON SLAY GRADY,      )
                         )
     Plaintiff,       )
v.                      )     Case No. CV406-123
                         )
McARTHUR HOLMES, et al.,  )
                         )
     Defendants.    )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 30 day of August , 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA